*Wednesday, February 28, 1996*

## MOTION DOCKET

**96–388.** State ex rel. Klingler v. Perry Cty. Bd. of Elections. In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for a writ of mandamus and/or prohibition regarding an expedited election matter.

IT IS ORDERED by the court, *sua sponte,* that an alternative writ be, and hereby is, granted.

IT IS FURTHER ORDERED that the parties shall file their merit briefs, and any evidence they intend to present, on or before March 5, 1996. No extensions of time for the filing of briefs or evidence will be permitted.

DOUGLAS, F.E. SWEENEY and COOK, JJ., dissent and would grant the motion to dismiss.

*Thursday, February 29, 1996*

## MISCELLANEOUS DISMISSALS

**96–224.** State v. Kobza. *Lake County,* No. 94–L–086. This cause is pending before the court as a discretionary appeal and cross-appeal and as a claimed appeal of right. Upon consideration of the joint application for dismissal of appeal and cross-appeal,

IT IS ORDERED by the court that the application for dismissal of appeal and cross-appeal be, and hereby is, granted, effective February 28, 1996.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**96–261.** State ex rel. Slusher v. Indus. Comm. *Franklin County,* No. 94APD09–1412. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellants' application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted, effective February 28, 1996.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.